NO. 07-02-0525-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JULY 25, 2003

_____

JAMES ORION BYWATER,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 43,459-B; HON. JOHN B. BOARD, PRESIDING

_____

***Memorandum Opinion***

_____

Before JOHNSON, C.J., QUINN, J., and BOYD, S.J.[1]

James Orion Bywater (appellant) appeals from a judgment convicting him of the

unauthorized use of a motor vehicle.  Via a single issue, appellant contends that the trial

court erred by entering a cumulation order stacking his sentences for this offense with

another levied in a cause styled *State v. Bywater*, No. 43,460-B.  However, nothing in the

judgment signed by the trial court states that the sentence levied in this cause was or is to

[1] John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2003).

run consecutively to, cumulative to, or in any way after the sentence levied in Cause No. 43,460-B.[2]  Nor does any other document in the appellate record so indicate.  Thus, we cannot say that the trial court ordered that the sentence assessed in this cause was to be cumulative to (*i.e.* begin to run after) any other sentence and overrule appellant's issue.

Accordingly, the judgment is affirmed.


Brian Quinn
Justice

Do not publish.

---

[2]Rather, the record indicates that the sentence in Cause No. 43,460-B was to be cumulative to the sentence in Cause No. 43,459-B, not vice-versa.